IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JONATHAN WILLIAMS,           )
                            )
        Plaintiff,           )
                            )
    v.                       )        CASE NOS. 2:15-CV-65-WKW
                            )                  2:16-CV-945-WKW
STEVEN T. MARSHALL,          )                  [WO]
                            )
        Defendant.           )

## <u>ORDER</u>

On August 16, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 57.) After an independent review of the record and on consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED with prejudice for lack of jurisdiction.

A separate Final Judgment will be entered.

DONE this 24th day of September, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE